| UNITED STATES DISTRICT COURT | PRIORITY SEND |
|---|---|
| CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

### CIVIL MINUTES -- GENERAL

| Case No. | **CV 09-5443-JFW (PLAx)** | Date: September 2, 2009 |
|---|---|---|

Title:   In Re the Matter of: The Jose Navarro Gomez Trust

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
               None                                                  None

**PROCEEDINGS (IN CHAMBERS):**    ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO RESPOND TO COURT'S AUGUST 24, 2009 ORDER TO SHOW CAUSE

On August 24, 2009, the Court issued an Order to Show Cause Why Action Should Not Be Dismissed for Lack of Subject Matter Jurisdiction ("OSC"). In that OSC, the Court also advised Plaintiff that "[f]ailure to respond to the Order to Show Cause will result in the dismissal of this action."

As of the date of this Order, Plaintiff has failed to file any response to the OSC. Accordingly, this action is hereby **DISMISSED without prejudice**.  *See, e.g., Ferdik v. Bonzelet*, 963 F.2d 1258 (9th Cir. 1992).

IT IS SO ORDERED.

Initials of Deputy Clerk   sr